No. 702. Chapman, Secretary of the Interior, et al. *v.* Santa Fe Pacific Railroad Co. et al. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Solicitor General Perlman*

for petitioners. *Frederick Bernays Wiener* and *Lawrence Cake* for respondents.